Núm. 8705.—Pueblo, apldo. *v.* Cruz, aplte.—C. D. Mayagüez. Junio 27, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, los hechos en este caso y las cuestiones legales envueltas en el mismo son substancialmente idénticos a los del caso núm. 8782, *El Pueblo de Puerto Rico* v. *Salvador Lugo Figueroa,* resuelto en junio 25 de 1941 (ante, pág. 34).

Por lo tanto, por las razones expuestas en la opinión emitida en el citado caso, se revoca la sentencia que dictó la Corte de Distrito de Mayagüez el día 25 de septiembre de 1940, y se absuelve al acusado.

Núm. 8616.—Pueblo, apldo. *v.* Gautier, aplte.—C. D. San Juan. Noviembre 6, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, al acusado-apelante se le imputó el delito de infracción al artículo 7 de la Ley núm. 14 de julio 8 de 1936, enmendado por la Ley núm. 95 de mayo 12, 1937, consistente en que ilegal y voluntariamente tenía en su posesión y dominio, sin declararlo por escrito al Jefe de la Policía de San Juan, que es el distrito donde reside el acusado, un revólver;

Por cuanto, el único error que se imputa a la corte sentenciadora es el de haber apreciado erróneamente la evidencia, la cual, a juicio del apelante, es insuficiente para sostener la acusación.

Por cuanto, examinada la prueba de cargo, a la que dió crédito la corte inferior, encontramos que es ampliamente suficiente para justificar la sentencia recurrida;

Por tanto, se declara sin lugar el recurso y se confirma la sentencia apelada.